# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

EDMOND McCLINTON,  
ADC #107846

    Petitioner,

v.      No. 5:18CV00191-SWW

WENDY KELLEY, Director, ADC,

    Respondent.

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe and Plaintiff's Objections. After carefully considering the objections and making a *de novo* review of pertinent portions of the record, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1. Mr. McClinton's § 2254 Petition (Doc. No. 2) is DISMISSED without prejudice and the requested relief is DENIED.

2. No certificate of appealability shall issue.

IT IS SO ORDERED this 22nd day of August, 2018.

                                            /s/Susan Webber Wright  
                                            UNITED STATES DISTRICT JUDGE