IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

| | | |
|---|---|---|
| EDMOND McCLINTON, <br> ADC #107846 <br><br> Petitioner, <br> v. <br><br> WENDY KELLEY, Director, ADC, <br><br> Respondent. | * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * | No. 5:18CV00191-SWW |

## **JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED.

IT IS SO ORDERED this 22nd day of August, 2018.

<u>/s/Susan Webber Wright</u>
UNITED STATES DISTRICT JUDGE